UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:     DAVID SISSMAN &     )
               RACHEL SISSMAN       )    Case No. 19-21854
                                               )    Chapter 13 Proceeding
               Debtors.                )

## AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

COMES NOW the Debtors, the Chapter 13 Trustee, Paul R. Chael, and Creditor, Consumer Portfolio Services, through their respective counsels (Hereinafter "The Parties"), on the above-captioned Chapter 13 case, and show the Court that Debtors filed the above-captioned Chapter 13 Plan on July 9, 2019.

The Parties hereby stipulate to the following of said plan which Parties deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest:

1. Creditor shall be paid the full amount of its 910 claim of $28,299.70 inside the plan$ by the Trustee at 5.75%. *for a monthly payment to creditor of* $543.81
2. Creditor shall receive $100.00 per month from the Trustee as pre-confirmation adequate protection payments retroactive to the petition date.
3. Creditor shall retain its lien securing its claim until the earlier of the payment of the underlying debt as determined under nonbankruptcy law or discharge under 11 U.S.C.§1328."

*AH*
*AEK*
*MS*

WHEREFORE, the Court having examined said stipulated modification of the plan, and being duly advised in the premises finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously

accepted or rejected the plan, as the case may be is deemed to have accepted the plan as modified.

**EXAMINED AND APPROVED:**

/s/ Ann E. Kalb
Ann E. Kalb
Attorney for Debtors

[signature]
Attorney for Chapter 13 Trustee

/s/ Molly Slutsky Simons
Molly Slutsky Simons
Attorney for Creditor

**SO ORDERED, ADJUDGED AND DECREED.**

Date: _____

_____
HON. JAMES R AHLER
JUDGE, U.S. BANKRUPTCY COURT

**Distribution**
Debtor(s)
Creditor(s)
U.S. Trustee
Chapter 13 Trustee
Attorney for Debtor(s)
Attorney for Creditor(s)